IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: December 03, 2010



Sarah S. Curley
SARAH S. CURLEY
U.S. Bankruptcy Judge

Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re

Christina Marie Hernandez,

Debtor.

In Proceedings Under Chapter 13

Case No.2:09-BK-21953 PHX-SSC

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF WELLS FARGO FINANCIAL**

Claim Number: 6

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by Wells Fargo Financial, and there being no response or timely response filed by the claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 6 is disallowed.

**Order Dated and Signed Above**